UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,   :
                                       :
                      Applicant,       :    Case No. 21 Misc. 0783 ( )
        - against -                    :
                                       :    ECF CASE
GERALD FAUTH,                          :
                                       :
                      Respondent.      :
------------------------------------------------------------------- x

## NOTICE OF APPEARANCE

Please take notice that the following attorney has entered her appearance as counsel in this case for Petitioner Securities and Exchange Commission. She is admitted to practice in this Court.

> Nancy A. Brown
> U.S. Securities and Exchange Commission
> 200 Vesey Street, Suite 400
> New York, New York  10281-1022
> Ph: 212.336.1023
> Email:  BrownN@sec.gov

Dated: October 20, 2021
      New York, New York　　　　　　By:　　　  s/ Nancy A. Brown
　　　　　　　　　　　　　　　　　　　　　　　Nancy A. Brown

                                                        Securities and Exchange Commission
                                                       New York Regional Office
                                                       200 Vesey Street, Suite 400
                                                       New York, NY  10281-1022
                                                       212.336.1023

                                                       Attorney for Petitioner