UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,   :
:
                                 Applicant,   :   Case No. 21-mc-783 (LJL)
:
  - against -   :
:   ECF CASE
:
GERALD FAUTH,   :
:
                             Respondent.   :
---------------------------------------------------------------------- x

### [PROPOSED] ORDER PERMITTING APPLICANT SECURITIES AND EXCHANGE COMMISSION TO REDACT FILINGS IN SUPPORT OF ITS APPLICATION TO COMPEL RESPONDENT'S TESTIMONY AND PERMITTING FILING UNDER SEAL

WHEREAS, the Securities and Exchange Commission (the "Commission") moved for an order, pursuant to Fed. R. Civ. P. 5.2(d) and (e), permitting it to redact Respondent's specific medical information from its filings in support of its Application for an Oder to Show Cause why Respondent should not be compelled to comply with the Commission's May 26, 2020 subpoena for testimony, and to file unredacted versions of such filings under seal (the "Motion to Redact");

WHEREAS, the Court has considered the Declaration of Nancy A. Brown, executed October 20, 2021, and the exhibits thereto, and the Memorandum of Law in Support of the Commission's Motion to Seal;

WHEREAS, the Commission has demonstrated that there is good and sufficient cause to shield Respondent's specific medical information from public view;

2

NOW THEREFORE, IT IS HEREBY ORDERED that the Commission may redact references to Respondent's specific medical information in its public filings, and file unredacted versions of such filings under seal.

Dated: New York, New York
October 21, 2021

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge