UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SECURITIES AND EXCHANGE COMMISSION.

               Applicant,

-against-

GERALD FAUTH,

               Respondent.

------------------------------------- x

Case No. 21-mc-783 (LJL)

**AFFIDAVIT OF F. JOSEPH WARIN**

## AFFIDAVIT OF F. JOSEPH WARIN

DISTRICT OF COLUMBIA ) ss.

I, F. Joseph Warin, being duly sworn, do hereby depose and say as follows:

1. I am a partner at Gibson, Dunn & Crutcher LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia. *See* Exhibit A.

4. There are no pending disciplinary proceedings against me in any court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I am familiar with the Local Rules of United States District Courts for the Southern and Eastern Districts of New York and agree to be subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Wherefore, I respectfully request that I be admitted to appear as counsel and advocate *pro hac vice* in this case for Respondent Gerald W. Fauth.

Dated: October 25, 2021
       Washington, D.C.

                                               F. Joseph Warin

Subscribed and sworn to before me this 25th day of October, 2021.

Notary Public

**DISTRICT OF COLUMBIA**
Signed and sworn to (or affirmed) before me on 10/25/21 by F. Joseph WARIN
     Date          Name of Individual(s)

Signature of Notarial Officer
**Notary Public**

My commission expires: 31 Aug 2026

[Notary seal: DORIS L. STANLEY, NOTARY PUBLIC, DISTRICT OF COLUMBIA, Exp. 08/31/26]

2