```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
  :
SECURITIES AND EXCHANGE COMMISSION,   :
  :
                Petitioner,   :
  :   21-mc-00783 (LJL)
      -v-   :
  :   ORDER
GERALD FAUTH,   :
  :
                Respondent.   :
  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     As per the status report received on April 5, 2023, this matter was reassigned to Judge Carter under case number 21-mc-787.  Furthermore, the matter was litigated before Judge Carter, relief was awarded and the matter was closed.  Therefore, the Clerk of Court is respectfully directed to close case number 21-mc-783.


     SO ORDERED.

Dated: April 6, 2023
       New York, New York
                                              LEWIS J. LIMAN
                                      United States District Judge